# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

DARRYL M. KOCH AND KIM T. NOLL,  :  No. 59 WAL 2019

          Petitioners  :

          :  Petition for Allowance of Appeal from
          :  the Order of the Superior Court
         v.  :

ANDREW T. COSCIA AND KATHLEEN M.  :
COSCIA,  :

          Respondents  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of July, 2019, the Petition for Allowance of Appeal is **DENIED**.